# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141439-40 & (126)

PATRICK MCCARTHY,
        Plaintiff-Appellant,

v

EDWARD SOSNICK, WENDY L. POTTS,
KEVIN M OEFFNER, RICHARD M LYNCH,
JEANNE STEMPIEN, KATHLEEN J.
MCCANN, THOMAS J RYAN, BARRY M
GRANT, MICHAEL J TALBOT, DIANE M
GARRISON, NANCY J DIEHL, RONALD F
ROSE, NANCY J GRANT, GOVERNOR OF
MICHIGAN, ATTORNEY GENERAL,
OAKLAND COUNTY CIRCUIT COURT,
and JUDICIAL TENURE COMMISSION,
        Defendants-Appellees.
_____/

SC: 141439-40
COA: 293482; 293483
Oakland CC: 2008-089426-NO;
2008-094425-NO

On order of the Court, the application for leave to appeal the June 16, 2010 and June 23, 2010 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for sanctions is GRANTED, based on the plaintiff's inflammatory and unsubstantiated accusations regarding the conduct of the defendants and the Court of Appeals. The plaintiff is ordered to pay this Court $250 within 28 days of the date of this order.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

_____
Clerk

d0830